

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 18, 2020

**BY ECF AND E-MAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Blaine Scott,* 09 Cr. 1022-22 (KMK)

Dear Judge Karas:

    The Government, with the consent of defense counsel, respectfully submits this letter to request an adjournment of at least 60 days of the violation of supervised release proceeding currently scheduled for Wednesday, June 24, 2020 at 2:30 p.m. Briefly, five specifications remain pending against the defendant, arising from his arrests and criminal charges in Buchanan Village and Peekskill (the "State Proceedings"). The Government has conferred with United States Probation Officer Veronica M. Dignam and understands that the next State Proceedings court date remains adjourned and no new date has been set. In light of the substantial overlap between the State Proceedings and this violation of supervised release matter, the Government, with the consent of defense counsel, respectfully requests an adjournment until late August or September, so that the parties may monitor the State Proceedings, discuss a potential resolution of this violation of supervised release matter, and, if applicable, prepare for an eventual revocation hearing on the specifications.

*Granted. The Court will hold a conference on Sept. 17, 2020 at 10:30 AM.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
6/22/2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/ David R. Felton
David R. Felton
Assistant United States Attorney
Tel: (914) 993-1908

cc: Larry Sheehan, Esq. (defense counsel) (by ECF and e-mail)
    Veronica M. Dignam, United States Probation Officer (by e-mail)