

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

ENDORSED

September 14, 2020

**BY ECF AND E-MAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   **Re:** *United States v. Blaine Scott,* **09 Cr. 1022-22 (KMK)**

Dear Judge Karas:

   The Government, in agreement with the United States Probation Department and with the consent of defense counsel, respectfully submits this letter to request an approximately 30-day adjournment of the violation of supervised release proceeding currently scheduled for Thursday, September 17, 2020 at 10:30 a.m.

   As background, five specifications remain pending against the defendant, arising from his New York State arrests and criminal charges in Buchanan Village and Peekskill (the "State Proceedings"). To resolve the State Proceedings in New York State court, Scott has pleaded guilty to attempted criminal possession of a controlled substance in the third degree and, at the eventual State Proceedings sentencing, is expected to receive an incarceratory sentence. As for the timing of the State Proceedings, the Government has reviewed WebCrims, and conferred with defense counsel and newly assigned United States Probation Officer Jeffrey Steimel, and understands that the next State Proceedings court date will be on September 16 in Westchester County Court. At present, WebCrims also lists an additional appearance on November 18 in Westchester County Court.

In light of the substantial overlap between the State Proceedings and this violation of supervised release matter, the Government, in agreement with the United States Probation Department and with the consent of defense counsel, respectfully requests an approximately 30-day adjournment, so that the parties may monitor the State Proceedings and discuss and hopefully reach a federal resolution. After the State Proceedings sentencing, which may occur as soon as September 16, the parties will endeavor to reach a resolution and arrange to writ the defendant to appear before this Court for a combination guilty plea-sentencing proceeding.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:     /s/ David R. Felton
        David R. Felton
        Assistant United States Attorney
        Tel:  (914) 993-1908

cc: Larry Sheehan, Esq. (defense counsel) (by ECF and e-mail)
    Jeffrey Steimel, United States Probation Officer (by e-mail)

Granted.
The VoR hearing is moved to 10/19/20 at 12:00 via telephone.

So Ordered.

9/15/20