Case 7:09-cr-01022-KMK   Document 1107   Filed 12/01/20   Page 1 of 2

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 30, 2020

**BY ECF AND E-MAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Blaine Scott,* 09 Cr. 1022-22 (KMK)

Dear Judge Karas:

    The Government, in agreement with the United States Probation Department and with the consent of defense counsel, respectfully submits this letter to request an approximately 60-day adjournment of the violation of supervised release proceeding currently scheduled for Wednesday, December 2, 2020 at 12:00 p.m.

    As background, five specifications remain pending against the defendant, arising from his New York State arrests and criminal charges in Buchanan Village and Peekskill (the "State Proceedings"). To resolve the State Proceedings in New York State court, the defendant has pleaded guilty to attempted criminal possession of a controlled substance in the third degree and, at the eventual State Proceedings sentencing, is expected to receive an incarceratory sentence. The Government has reviewed WebCrims, and conferred with defense counsel and United States Probation Officer Jeffrey Steimel, and understands that the next State Proceedings court date will be in January 2021 in Westchester County Court.

    In light of the substantial overlap between the State Proceedings and this violation of supervised release matter, the Government, in agreement with the United States Probation Department and with the consent of defense counsel, respectfully requests an approximately 60-day adjournment, so that the parties may monitor the State Proceedings and discuss and hopefully reach a federal resolution. After the State Proceedings sentencing, the parties will attempt to reach

Case 7:09-cr-01022-KMK   Document 1106   Filed 11/30/20   Page 2 of 2
Case 7:09-cr-01022-KMK   Document 1107   Filed 12/01/20   Page 2 of 2

Page 2

a resolution and arrange to writ the defendant to appear before this Court for a combination guilty plea-sentencing proceeding.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        Acting United States Attorney

By:   /s/ David R. Felton
       David R. Felton
       Assistant United States Attorney
       Tel: (914) 993-1908

cc: Larry Sheehan, Esq. (defense counsel) (by ECF and e-mail)
    Jeffrey Steimel, United States Probation Officer (by e-mail)

*[Handwritten:]* Granted. The Court will hold a conference via telephone on February 10, 2021 at 2:00 p.m.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
12/1/2020