U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

April 1, 2021

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Blaine Scott,* 09 Cr. 1022-22 (KMK)

Dear Judge Karas:

The Government, with the consent of defense counsel, respectfully submits this letter to request an adjournment of at least six weeks of the violation of supervised release proceeding currently scheduled for Thursday, April 8, 2021 at 11:00 a.m.

As background, five specifications remain pending against the defendant, arising from his New York State arrests and criminal charges in Buchanan Village and Peekskill (the "State Proceedings"). To resolve the State Proceedings in New York State court, the defendant has pleaded guilty to attempted criminal possession of a controlled substance in the third degree and, at the eventual State Proceedings sentencing, is expected to receive an incarceratory sentence. The Government understands that the next State Proceedings court date will be on or about May 6, 2021 in Westchester County Court.

In light of the substantial overlap between the State Proceedings and this violation of supervised release matter, the Government, with the consent of defense counsel, respectfully requests an adjournment of at least six weeks so that the parties may monitor the State Proceedings and discuss and hopefully reach a federal resolution. After the State Proceedings sentencing, the

Case 7:09-cr-01022-KMK   Document 1127   Filed 04/01/21   Page 2 of 2
Case 7:09-cr-01022-KMK   Document 1128   Filed 04/02/21   Page 2 of 2

Page 2

parties will attempt to reach a resolution and arrange to writ the defendant to appear before this Court for a combination guilty plea-sentencing proceeding.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   /s/ David R. Felton
David R. Felton
Assistant United States Attorney
Tel: (914) 993-1908

cc: Larry Sheehan, Esq. (defense counsel) (by ECF)
Jeffrey Steimel, United States Probation Officer (by e-mail)

*Granted. The Court will hold a conference on June 2, 2021 at 11:00 via telephone.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

4/2/2021